UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BARBARA M. O'NEAL,

       Plaintiff,

                                Case No.: 1:08-cv-723

v.

                                HONORABLE PAUL L. MALONEY

COMMISSIONER OF
SOCIAL SECURITY,

       Defendant.

_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

       The Court has reviewed the Report and Recommendation filed by United States Magistrate

Judge Joseph G. Scoville in this action. The Report and Recommendation was duly served on the

parties. No objections have been filed.

       ACCORDINGLY, the Report and Recommendation (Dkt. #16) is hereby adopted as the

opinion of the Court. Therefore,

       **IT IS ORDERED** that the Commissioner's decision finding that plaintiff was not disabled

from her alleged onset of disability of February 1, 2003 through July 27, 2006 is **AFFIRMED**.

       **IT IS FURTHER ORDERED** that the portion of the Commissioner's decision finding that

plaintiff was not disabled on and after July 28, 2006, is **VACATED**, and the matter is **REMANDED**

to the Commissioner under sentence four of 42 U.S.C. § 405(g) for further administrative

proceedings.

Dated: September 29, 2009                /s/ Paul L. Maloney
                                       Paul L. Maloney
                                       Chief United States District Judge